# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 9, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

138602(36)(38)(40)(41)

CATHERINE WILCOX, individually, and as
Next Friend of ISAAC WILCOX, a minor,
　　　　　Plaintiffs-Appellants,
and

SUNRISE HOME HEALTH SERVICES, INC.,
　　　　　Intervening Plaintiff,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
　　　　　Defendant-Appellee.

_____

SC: 138602
COA: 290515
Kent CC: 08-010129-NF

On order of the Chief Justice, motions by the Michigan Catastrophic Claims Association, the Coalition Protecting Auto No-Fault, and the Insurance Institute of Michigan for leave to file briefs *amicus curiae* in this case are considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 9, 2010

Clerk